IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT NASHVILLE

DECEMBER 1996 SESSION

**FILED**

**February 12, 1997**

**Cecil W. Crowson**
**Appellate Court Clerk**

| | | |
|---|---|---|
| DOYLE CARTER, | ) | No. 01C01-9511-CC-00398 |
| | ) | |
| Appellant | ) | |
| | ) | DAVIDSON COUNTY |
| V. | ) | |
| | ) | HON. WALTER C. KURTZ, |
| STATE OF TENNESSEE, | ) | JUDGE |
| | ) | |
| Appellee. | ) | (Post-Conviction) |
| | ) | |
| | ) | |

CONCURRING OPINION

I concurred with the majority in Arnold Carter v. State, No. 03C01-9509-CC-00270 (Tenn. Crim. App. at Knoxville, July 11, 1996), holding that the petition was filed within the statute of limitations. Upon further reflection, I am of the opinion that the dissenting opinion by Judge David Welles in that case is the correct view of the statute when this Court is confronted with a petition such as the one in appellant's case. Therefore, I concur with the majority opinion in this case for the reasons stated here and for those I expressed in Stephen Koprowski v. State, No. 03C01-9511-CC-00365 (Tenn. Crim. App. at Knoxville, January 28, 1997).

_____
William M. Barker, Judge